**DYKEMA GOSSETT LLP**
Ashley R. Fickel (237111)
afickel@dykema.com
Joy L. Ganes (270818)
jganes@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850

Attorneys for ASSET ACCEPTANCE, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ZENO TURNER, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ASSET ACCEPTANCE, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendants. | Case No.<br><br>Complaint Filed – August 8, 2012<br><br>**NOTICE OF REMOVAL** |

## NOTICE OF REMOVAL TO FEDERAL COURT

Defendant Asset Acceptance, LLC ("Asset") hereby gives notice that this action is removed from the County of San Bernardino, Small Claims Division, to the United States District Court for the Central District of California – Eastern Division pursuant to 28 U.S.C. § 1331. In support thereof, and for the purpose of removal only, Asset states as follows:

NOTICE OF REMOVAL

1. On August 8, 2012, Plaintiff commenced this action against Asset in the County of San Bernardino, Small Claims Division, Case No. SMCDS1202828. Asset's registered agent, CT Corporation System, received a copy of the summons and complaint by personal service on August 21, 2012. Copies of all process, pleadings, and orders served upon Asset in such action are contained in Exhibit A filed herewith, and no other proceedings have been had, pleadings filed, or orders entered.

2. Plaintiff alleges Asset violated a federal statute, the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq*.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331, because Plaintiff alleges Asset violated a federal statute, which involves a federal question.

4. Pursuant to 28 U.S.C. §§ 1441 *et seq*., this cause may be removed from the County of San Bernardino, Small Claims Division, to the United States District Court for the Central District of California – Eastern Division.

5. Notice of this removal has been filed with the County of San Bernardino, Small Claims Divisions and upon the Plaintiff.

WHEREFORE, Asset Acceptance, LLC, by counsel, removes the subject action from the County of San Bernardino, Small Claims Division, to the United States District Court for the Central District of California – Eastern Division.

| | |
|---|---|
| Dated: September 20, 2012 | DYKEMA GOSSETT LLP |
| | By:/s/Joy L. Ganes |
| | Ashley R. Fickel (237111) |
| | Joy L. Ganes (270818) |
| | 333 South Grand Avenue, Suite 2100 |
| | Los Angeles, CA 90071 |
| | Telephone:(213) 457-1800 |
| | Facsimile: (213) 457-1850 |
| | Firm I.D. No. 42297 |
| | jganes@dykema.com |
| | afickel@dykema.com |

## SC-100 — Plaintiff's Claim and ORDER to Go to Small Claims Court

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

---

Clerk stamps date here when form is filed

**FILED**
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

AUG 08 2012

By _Christina Grijalva_, Deputy

Fill in court name and street address:

**Superior Court of California,**
County of San Bernardino
Landlord Tenant - Small Claims
303 West Third Street, First Floor
San Bernardino, CA 92415-0205

Clerk fills in case number and case name:

Case Number: **SMCDS1202828**

Case Name:

---

### Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| ① | 10-11-12 | 1:30 | S31 | |
| ② | | | | |
| ③ | | | | |

Date **AUG 08 2012**   Clerk, by _Christina Grijalva_, Deputy

**Instructions for the person suing:**

- You are the Plaintiff. The person you are suing is the Defendant.
- Before you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms*.
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or any one else listed in this case—give each Defendant a court-stamped copy of all 3 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq., 116.220(c), 116.340(g)

Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)

SC-100, Page 1 of 6 →

EXHIBIT A, PAGE 1

Case Number: SMCL S1203828

Plaintiff (list names):

## 1. The Plaintiff (the person, business, or public entity that is suing) is:

Name: ZENO TURNER      Phone: (909) 886-6488
Street address: 457 W. 23RD STREET, SAN BERNARDINO, CA 92405
Mailing address if different: SAME

If more than one Plaintiff, list next Plaintiff here:
Name: N/A

☐ Check here if more than 2 Plaintiffs and attach Form SC-100A
☐ Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.

## 2. The Defendant (the person, business, or public entity being sued) is:

Name: ASSET ACCEPTANCE, LLC      Phone:
Street address: 28405 VAN DYKE AVE, WARREN, MI 48093
AGENT FOR SERVICE: C.T CORP 111 EIGHTH AVE 13TH FLOOR
Mailing address: NEW YORK, NY 10011

If more than one Defendant, list next Defendant here:
Name:

☐ Check here if more than 2 Defendants and attach Form SC-100A
☐ Check here if any Defendant is on active military duty, and write his or her name here:

## 3. The Plaintiff claims the Defendant owes $ 3000.00 (Explain below)

a. Why does the Defendant owe the Plaintiff money? VIOLATION OF FDCPA CODES

b. When did this happen? (Date): 8/1/12
   If no specific date, give the time period: Date started _____ Through _____

c. How did you calculate the money owed to you? (Do not include court costs or fees for service.)
   BASED ON FINES ALLOWED BY LAW

☑ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5

EXHIBIT A, PAGE 2

Case Number:

Plaintiff (list names):

④ You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this? ☒ Yes ☐ No
*If no, explain why not:* _____

⑤ Why are you filing your claim at this courthouse?
This courthouse covers the area *(check the one that applies):*

a. ☒ (1) Where the Defendant lives or does business. (4) Where a contract (written or spoken) was made,
(2) Where the Plaintiff's property was damaged signed, performed, or broken by the Defendant or
(3) Where the Plaintiff was injured. where the Defendant lived or did business when
the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

⑥ List the zip code of the place checked in ⑤ above *(if you know)* __92405__

⑦ Is your claim about an attorney-client fee dispute? ☐ Yes ☒ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

⑧ Are you suing a public entity? ☐ Yes ☒ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ Have you filed more than 12 other small claims within the last 12 months in California?
☐ Yes ☒ No *If yes, the filing fee for this case will be higher.*

⑩ I understand that by filing a claim in small claims court, I have no right to appeal this claim.

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date __8/4/12__ __ZENO TURNER__ ▶ _____
*Plaintiff types or prints name here*  *Plaintiff signs here*

Date _____ _____ ▶ _____
*Second Plaintiff types or prints name here*  *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

Revised January 1, 2012 — Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims) — SC-100, Page 3 of 5 →

EXHIBIT A, PAGE 3

SC - 100, Item 3

Defendant Asset Acceptance is a connections company operating under the laws set forth by the Fair Debt Collection Practices Act (FDCPA).

Plaintiff wrote to defendant pursuant to 15 USC §1692g , 15 U.S.C. §1692a, et seq via Certified Return Receipt and requested that the defendant validate this debt in writing.

Defendant ignored this request and on or about July 23, 2012 called plaintiff and demanded payment again. Plaintiff again ask Defendant to check their records and find Plaintiff's letter for validation request which included a Cease and Desist Clause.

Again, Defendant ignored the requests of plaintiff and called on July 24, 2012 called Plaintiff demanding said debt.

Defendant has violated the FDCPA in:

(1) Refusing to validate a debt in writing pursuant to 15 USC §1692g, and continued to pursue collections activity in violation of FDCPA Section 809(b). FINE allowed by law $1,000.00, and

(2) Defendant continued to contact plaintiff after written notification to cease and desist all communication pursuant to 15 USC §1692c(c) in violation of FDCPA Section 805(c. ) FINE allowed by law $1,000.00 and

(3) Defendant failed to validate this debt and continued to report to credit bureaus in violation of FDCPA Section 809(b). FINE allowed by law $1,000.00.

Plaintiff is seeking the amount of $3,000.00 in damages allowed by law.

**SC-100** — Information for the Defendant (the person being sued)

"Small claims court" is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.*) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at www.courts.ca.gov/smallclaims/prepare.

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at www.courts.ca.gov/smallclaims/forms.

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: www.courts.ca.gov/smallclaims/appeals.

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 30 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**? Need help?**
Your county's Small Claims Advisor can help for free.

Or go to www.courts.ca.gov/smallclaims/advisor

*Exceptions. Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)*

Revised January 1, 2012 — Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims) — SC-100, Page 4 of 5 →

EXHIBIT A, PAGE 5

# SC-100 Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (*Vea abajo para las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?**
Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?**
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que esta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigo, recibos, y cualquier pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en:
www.courts.ca.gov/reclamosmenores/prepárese

**¿Qué hago si necesito una adaptación?**
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accommodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo inglés bien?**
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la *Solicitud de exención de cuotas y costos de la corte* (formulario FW-001).

**¿Dónde puedo obtener los formularios de la corte que necesito?**
Vaya a cualquier edificio de la corte, a biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/smallclaims/forms* (página está en inglés).

**¿Qué pasa en el juicio?**
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?**
Si pierde, puede apelar. Tendrá que pagar una cuota. (El demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si no estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea www.courts.ca.gov/reclamosmenores/apelaciones

**¿Tengo otras opciones?**
Sí. Si lo están demandando, puede:

- Resolver su caso antes del juicio. Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- Probar que es la corte equivocada. Envíe una carta a la corte antes del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- Ir al juicio y tratar de ganar el caso. Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- Demandar a la persona que lo demandó. Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.
- Aceptar el reclamo del Demandante y pagar el dinero. O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- No ir al juicio y aceptar el fallo por falta de comparecencia. Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia) el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?**
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio.)

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O vea "Información por condado" en www.courts.ca.gov/reclamosmenores/asesores.

*Excepciones:...*

Reclamo del Demandante y ORDEN
Para ir a la Corte de Reclamos Menores
(Reclamos Menores)

SC-100, Page 5 of 5

EXHIBIT A, PAGE 6

**CERTIFICATE OF SERVICE**

*Turner vs. Asset Acceptance, LLC, a Delaware Limited Liability Company*

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 333 S. Grand Avenue, Suite 2100, Los Angeles, California 90071.

On September 20, 2012, I served the following document(s) described as   on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Zeno Turner**
**457 W. 23rd Street**
**San Bernardino, CA  92401**

☒ **BY MAIL:** I am readily familiar with Dykema Gossett's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. Such document(s) were placed for collection and mailing in a sealed envelope with postage thereon fully prepaid, at Los Angeles, California on this date following ordinary business practices.

☒ **BY ELECTRONIC MAIL TRANSMISSION:** As addressed to all parties appearing on the Court's ECF service list in this action via the Central District of California's Court's CM/ECF system, and shall be available for viewing and downloading from the ECF system.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 20, 2012, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Karen Votava
(Type or print name)               (Signature)

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071