IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZENO TURNER,

     Plaintiff,               No. 2:12-2409 KJM CKD PS

   vs.

ASSET ACCEPTANCE, LLC,

     Defendants.         ORDER

_____/

        This action was removed from the County of San Bernandino, Small Claims Division. The notice of removal indicates that the action is properly removed to the United States District Court for the Central District of California – Eastern Division. That assertion is correct. It appears counsel improvidently filed the notice of removal in the Eastern District of California, Sacramento Division. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

/////

/////

/////

/////

1 Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2 United States District Court for the Central District of California – Eastern Division.

Dated: September 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
turner.tra